# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2010

140443-4(49)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re MICHAEL RAY FOSTER, JUSTIN LLOYD
FOSTER, MARTIN JOSEPH JAMES FOSTER,
and AUSTIN JAMES FOSTER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

HEATHER FOSTER,
      Respondent-Appellant,

and

CHRISTOPHER FOSTER,
      Respondent.

_____/

SC: 140443-4
COA: 291004, 291005
Ingham CC Family Division:
08-001544-NA

On order of the Court, the motion for reconsideration of this Court's February 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2010

d0406

_____
Clerk